UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

　　v.

ALEXANDER MIHAILOVSKI,

　　　　　　　　Defendant.

Case No. CR12-251 TSZ

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

In 2012, defendant was indicted for conspiracy to commit wire fraud, accessing protected computer in furtherance of fraud and intentional damage to a protected computer. The government proffered that defendant learned of these charges, as his co-defendant was arrested and prosecuted and successfully evaded arrest and prosecution for about three years. The evidence against defendant is strong; the government has obtained communications between defendants and other participants discussing the fraud scheme. The crimes are significant and have had a global impact. The government indicated there are nearly a million alleged victims

DETENTION ORDER - 1

and tens of millions in financial losses. The defendant poses a danger to the community given the nature of the offense. The co-defendant in the case is still at large and appears to be living in a country which has no extradition treaty with the United States. Defendant has no ties to the community and no ties to the country. He has no legal status in this country and thus no ability to engage in gainful employment. He is here only by because he was arrested while traveling in Europe in a country that has an extradition treaty with the United States.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 29th day of January, 2016.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2