UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

    v.

ALEXANDER MIHAILOVSKI,

    Defendant.

NO. CR12-251TSZ

**MODIFIED COMPLEX CASE SCHEDULING ORDER**

Pursuant to the parties' motion to modify the court's complex case scheduling order (Dkt. No. 28), the Court enters the following modified scheduling order:

| Event | Date |
|---|---|
| Government to provide discovery under Fed. R. Crim. P. 16(a)(1)(A) – (F) and Local CrR 16(a)(1), with continuing obligation as set forth in Rule 16(c) | March 11, 2016 |
| Any motion for change of venue | April 11, 2016 |
| Status Conference re: whether trial date and remaining schedule is realistic | July 28, 2016 at 1:30 p.m. |
| Government to provide expert discovery under Rule 16(a)(1)(G) | July 29, 2016 |
| Government's identification of 404(b) evidence | July 29, 2016 |
| Defendant to provide discovery under Rule 16(b)(1)(A)-(B), and Local CrR 16(a)(2), with continuing obligation as set forth in Rule 16(c); Defendant to provide notice of alibi defense under Fed. R. Crim. P. 12.1 and/or mental health defense under Fed. R. Crim. P. 12.2 | July 29, 2016 |

COMPLEX CASE SCHEDULING ORDER/*Mihailovski*
CR12-251TSZ - Page 1

FEDERAL PUBLIC DEFENDER OFFICE
1601 FIFTH AVENUE, SUITE 700 S
SEATTLE, WASHINGTON 98101
(206) 553-1100

| Event | Date |
|---|---|
| Defendant's Deadline to file substantive Pretrial Motions I (Arising after review of discovery such as, Dismissal, Discovery/Brady, Bill of Particulars, Suppression, Severence and the like) Responses due August 19; Reply briefs due August 26, 2016; Noting Date: August 26, 2016 | August 5, 2016 |
| Government to produce all summary exhibits and underlying data under Fed. R. Evid. 1006; | August 26, 2016 |
| Defendant to produce all summary exhibits and underlying data under Fed. R. Evid. 1006 | August 26, 2016 |
| Defendant to provide expert discovery under Rule 16(b)(1)(C) | September 9, 2016 |
| Government to produce witness list and exhibit list related to its case-in-chief; Government to produce Jencks Act, Rule 26.2 and *Giglio* impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any) | September 16, 2016 |
| Defendant to produce witness list and exhibit list. | September 23, 2016 |
| Deadline for all pretrial motions Responses due October 7, 2016; Reply briefs due October 14, 2016; Noting Date: October 14, 2016 | September 30, 2016 |
| Government to provide rebuttal expert disclosures | September 30, 2016 |
| File Trial Briefs, Proposed Jury Instructions, Voir Dire and Verdict Form | October 3, 2016 |
| Pretrial conference: Hearing on pretrial motions and motions *in limine* (if necessary) | October 12, 2016 at 1:30pm |
| Trial (3-4 week jury trial) | November 7, 2016 |

DATED this 2nd day of June, 2016.

_____
Thomas S. Zilly
United States District Judge

COMPLEX CASE SCHEDULING ORDER/*Mihailovski*
CR12-251TSZ - Page 2

FEDERAL PUBLIC DEFENDER OFFICE
1601 FIFTH AVENUE, SUITE 700 S
SEATTLE, WASHINGTON 98101
(206) 553-1100

1
2  Presented by:
3  */s/Norman M. Barbosa*
4  NORMAN M. BARBOSA
   Assistant United States Attorney
5
6
7  Agreed, Approved for Entry,
   Notice of Presentation Waived
8
9  By: *s/ Mohammad Ali Hamoudi*
10 MOHAMMAD ALI HAMOUDI
   Attorney for Defendant Alexander Mihailovski
11
12
   *s/ Jennifer E. Wellman*
13 JENNIFER E. WELLMAN
   Attorney for Defendant Alexander Mihailovski
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLEX CASE SCHEDULING ORDER/*Mihailovski*
CR12-251TSZ - Page 3

FEDERAL PUBLIC DEFENDER
OFFICE
1601 FIFTH AVENUE, SUITE 700 S
SEATTLE, WASHINGTON 98101
(206) 553-1100